IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RYAN ALEXANDER MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-105 |
| | ) | |
| JUDGE DANIEL J. CRAIG; JUDGE MICHAEL N. ANNIS; JUDGE CARL C. BROWN, JR.; and JUDGE JOHN FLYTHE, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 12.) Plaintiff argues Defendants are not entitled to judicial immunity because they acted outside their legitimate scope of judicial authority. (Id.) In support, Plaintiff attached, as exhibits, docket filings from his various Superior Court of Richmond County cases. (Doc. no. 12-1.) Contrary to Plaintiff's contentions, the docket filings bolster, rather than refute, the Magistrate Judge's finding Defendants performed quintessential judicial functions by screening, consolidating, and dismissing Plaintiff's complaints when he failed to state a claim upon which relief could be granted.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **OVERRULES** Plaintiff's objections, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this

civil action.

SO ORDERED this 30th day of November, 2020, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA