IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| RYAN ALEXANDER MAYS, | ) |
| Plaintiff-Appellant, | ) |
| | ) Case No.: CV 120-105 |
| vs. | ) |
| | ) Appeal No.: 20-10102-J |
| JUDGE DANIEL J. CRAIG, et. al., | ) |
| Defendants-Appellees. | ) |

**O R D E R**

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this _17th_ day of February 2021.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA